UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

☐ Eastern (Jackson) DIVISION
☒ Western(Memphis) DIVISION

RECEIVED

2019 MAY 14 AM 11: 59

Plaintiff,     Jacqueline Holloway

vs.                                                    No. _____

Defendant.     FedEx Express

## COMPLAINT

1.  This action is brought for discrimination in employment pursuant to *(check only those that apply):*

☐   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
*NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
*NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

☒   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
*NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

2. Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3. Plaintiff resides at:

4808 Bon Jour Drive

STREET ADDRESS

| Desoto | Mississippi | 38651 | 901.354.4459 |
|---|---|---|---|
| County | State | Zip Code | Telephone Number |

4. Defendant(s) resides at, or its business is located at:

3620 Hacks Cross Road

STREET ADDRESS

| Shelby | Memphis | Tennessee | 38125 |
|---|---|---|---|
| County | City | State | Zip Code |

NOTE: If more than one defendant, you must list the names, address of each additional

☐ Age. If age is checked, answer the following:
I was born in_____. At the time(s) defendant(s) discriminated against me.

I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10. The facts of my case are as follows:

Employer discriminated against me and class of disable employees because of disability.

Employer retaliated against me because of previously filing an EEOC claim.

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11. It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on:_____

12. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on:_____12/2017

**Only litigants alleging age discrimination must answer Question #13.**

13.  Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one)*:

☐  60 days or more have elapsed

☐  Less than 60 days have elapsed.

14.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Right to Sue Letter.

☒  has issued a Right to Sue letter, which I **received** on _____3/1/2019_____.
                                                                    Date

**NOTE:**  *This is the date you received the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15.  Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

**NOTE:** *You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16.  I would like to have my case tried by a jury:

☒  Yes

☐  No

WHEREFORE, plaintiff prays that the Court grant the following relief:

[ ] direct that the Defendant employ Plaintiff, or

[X] direct that Defendant re-employ Plaintiff, or

[ ] direct that Defendant promote Plaintiff, or

[ ] order other equitable or injunctive relief as follows: _____

_____

[X] direct that Defendant pay Plaintiff back pay in the amount of ___$200000___ and interest on back pay;

[X] direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: ___$300000 for past due___

___obligations and resulting damage to credit and reputation___

SIGNATURE OF PLAINTIFF

Date: 5/14/19

4808 Bon Jour Drive

Address

Nesbit, MS 38651

901-354-4459

Phone Number